AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| Anthony M. Foresta <br> Plaintiff <br> v. <br> Centerlight Capital Management, LLC, et al. <br> Defendant | ) ) ) ) ) ) Civil Action No. <br> **308CV1571 WWE** |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Centerlight Capital Management, LLC
c/o Secretary of State - Agent for Service
30 Trinity Street
Hartford, Connecticut 06106-0470

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mark R. Carta, Esq.
Rucci, Burnham, Carta, Carello & Reilly, LLP
30 Old Kings Highway South
Darien, Connecticut 06820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERTA D. TABORA
*Name of clerk of court*

Date: 10/15/08

*[signature]*
*Deputy clerk's signature*

True Copy
*[stamp: ROBERTA D. TABORA, Clerk, U.S. District Court, By: [signature] Deputy Clerk]*

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  October 16, 2008  ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering 2 copies of each to an agent authorized by appointment or by law to receive it whose name is
       Connecticut Secretary of State, pursuant to C.G.S. 34-225 ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ 100.00  for travel and $ 30.00  for services, for a total of $ ~~0.00~~ $216.20 .
    Copies: $60.
    Paid Secretary of State: $25.00
    Endorsement: $1.20

Date:  10/20/2008

Server's signature

Alan M. Freedman
Printed name and title

Post Office Box 628
Norwalk, Connecticut 06852

Server's address