## CERTIFICATE OF SERVICE

I, Eric R. Stern, hereby certify that on February 13, 2009, I electronically filed a true and correct copy of Defendants' First Motion to Dismiss for Lack of Jurisdiction, with accompanying affidavit and Memorandum of Law, with the Court's ECF System, a copy of which was delivered electronically to counsel for the Plaintiff, at the following email address:

Ari Graff, Esq. - agraff@twglawyers.com

A courtesy copy of said Motion was delivered to counsel for the Plaintiff by hand delivery on February 17, 2009, at the following address:

Ariel Y. Graff, Esq.
Thompson Wigdor & Gilly LLP
85 Fifth Avenue
New York, NY 10003

Dated:   New York, New York
         February 17, 2009

**SACK & SACK, ESQS.**

/s Eric Stern
By:   Eric R. Stern, Esq.  (phv 03097)
      Attorneys for Defendants
      *Admitted pro hac vice*
      110 East 59th Street, 19th Floor
      New York, New York 10022
      Tel.: (212) 702-9000
      Fax: (212) 702-9702