UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTHONY M. FORESTA

        v.                                                                               3:08CV1571(WWE)

CENTERLIGHT CAPITAL MANAGEMENT,
LLC; GARY KILBERG, in his individual and
official capacities; ANDRES CONSTAN, in
his individual and official capacities;
CHARLES PARKHURST, in his individual
and official capacities & RAHUL SONDHI, in
his individual and official capacities.

## JUDGMENT

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on July 28, 2009 a Memorandum of Decision was filed dismissing the federal claims. The Court declined to exercise supplemental jurisdiction pursuant to 28 U.S.C. section 1367(c)(3) over plaintiff's state law claims dismissing the claims without prejudice.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 29th day of July, 2009.

                                        ROBERTA D. TABORA, Clerk

                                        By       /s/
                                              Deborah A. Candee
                                              Deputy Clerk

Entered on Docket _____