UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------- x
ANTHONY M. FORESTA, :
:
                Plaintiff, :
: Civ: 3:08-CV-1571 (WWE)
— against — :
:
CENTERLIGHT CAPITAL MANAGEMENT, LLC; : **[Joint Proposed] AMENDED**
GARY KILBERG, in his individual and official : **SCHEDULING ORDER**
capacities; ANDRES CONSTAN, in his individual :
and official capacities; CHARLES PARKHURST, in :
his individual and official capacities; and RAHUL :
SONDHI, in his individual and official capacities, :
:
                Defendants. :
------------------------------------------------------------------- x

**WARREN W. EGINTON, Senior United States District Judge:**

       Upon consent of the undersigned counsel for the parties IT IS HEREBY ORDERED THAT:

1. The depositions of (i) Gary Kilberg, (ii) Kevin Cassidy, (iii) Beverly Westle, (iv) Eugene Shkylar, and (v) Victoria Paulin, shall be completed by April 15, 2011.

2. Defendants shall file any motion for summary judgment based on these deponents' status as "employees" under the Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101 et seq. ("ADA"), on or before May 15, 2011.

3. If Defendants do not file a dispositive motion as set forth above, the parties shall jointly file a proposed amended scheduling order on or before May 20, 2011, which shall set forth dates for the completion of full fact discovery on the merits of Plaintiff's claims, and the filing of dispositive motions and a joint trial memorandum.


THOMPSON WIGDOR & GILLY LLP          SACK & SACK, ESQS.

By: /s/ Ariel Y. Graff_____          By: /s/ Eric R. Stern _____
    Ariel Y. Graff (phv03106)                    Eric R. Stern

*COUNSEL FOR PLAINTIFF*                   *COUNSEL FOR DEFENDANTS*

**SO ORDERED this \_\_th day of January 2011**
**Bridgeport, Connecticut**

_____
**The Honorable Warren W. Eginton**
**Senior United States District Judge**