UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------X
ANTHONY M. FORESTA, :
:
                    Plaintiff, :   No. 08-CV-1571 (WWE)
:
     v. :
:   **MOTION TO WITHDRAW**
CENTERLIGHT CAPITAL MANAGEMENT, :   **APPEARANCE OF**
LLC; GARY KILBERG, in his individual and :   <u>**SCOTT B. GILLY**</u>
official capacities; ANDREW CONSTAN, in his :
individual and official capacities; CHARLES :
PARKHURST, in his individual and official :
capacities; and RAHUL SONDHI, in his individual :
and official capacities, :
:
                    Defendants. :
------------------------------------------------------------------X

      Plaintiff Anthony M. Foresta, by his attorneys Thompson Wigdor LLP, hereby requests that the appearance of Scott B. Gilly as counsel on his behalf be terminated. Mr. Gilly is no longer associated with Thompson Wigdor LLP and will not continue his representation of the Plaintiff in this matter.

Dated: July 22, 2011
       New York, New York                              Respectfully submitted,

                                                          By: _____
                                                                Douglas H. Wigdor (PHV-01803)

                                                      85 Fifth Avenue
                                                      New York, NY 10003
                                                      Telephone: (212) 257-6800
                                                      Facsimile: (212) 257-6845
                                                      dwigdor@thompsonwigdor.com

                                                      *Counsel for Plaintiff*